DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOSTON GLOBE MEDIA PARTNERS, LLC,** and
**AMANDA MILKOVITS,**
Appellants,

v.

**MICHAEL MOTA,**
Appellee.

No. 4D2025-2260

[February 12, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, II, Judge; L.T. Case No. 502024CA006288XXXAMB.

Clay M. Carlton and Jonathan A. Morgan of Lewis & Bockius LLP, Miami, for appellants.

Peter D. Ticktin, Ryan Fojo, and Brent E. Day of The Ticktin Law Group, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***